**Order entered August 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00219-CR

**ANDREW SCOTT LOTT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-40454-M**

## ORDER

The Court **GRANTS** the State's August 4, 2014 motion for extension of time to file the State's amended brief. The Court also **GRANTS** the State's August 4, 2014 motion for leave to file brief exceeding the word count limit.

We **ORDER** the Clerk of the Court to file the State's amended brief tendered as of the date of this order.

We **ORDER** the Clerk of the Court to strike the State's brief filed on June 11, 2014.

/s/    LANA MYERS
       JUSTICE